```
BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NAPIER,<br><br>      Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | 01: 10-CV-00040 OWW GSA<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>Date: February 28, 2011<br>Time: 10:00 a.m. |

    This matter came before the Court on the adoption of the Magistrate Judge's Findings and Recommendations issued January 8, 2010. Stanley A. Boone, appeared on behalf of the respondent, United States of America, and Dennis Napier, appeared in pro persona. The Court having read the papers filed and having heard the arguments of the parties,

    IT IS HEREBY ORDERED that for the reasons stated orally on the record that the findings and recommendation of the Magistrate Judge is hereby ADOPTED and the Claimant's Motion for Return of Property is hereby DENIED.

THE COURT FURTHER finds that as an additional reason for adopting the Magistrate Judge's findings is that on March 29, 2010, Fresno County Superior Court Judge Gary Orozco found that Mr. Napier remained convicted of two felony violations of California Penal Code Section 245(a)(1).

IT IS FURTHER ORDERED that the United States' cross-motion for destruction of property is hereby stayed pending the final determination by an appellate court of petitioner's motion for return of property.  Upon final determination, this Court will then hold a hearing as to the appropriate remedy regarding the firearms.

DATED: March 22, 2011        __/s/ OLIVER W. WANGER___
                             OLIVER W. WANGER
                             United States District Court Judge