UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NAPIER,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | 1:10-cv-00040 LJO GSA<br><br>**ORDER RE PETITIONER'S REQUEST FOR RECONSIDERATION RE THE SEPTEMBER 30, 2011 ORDER RE DESTRUCTION OF FIREARMS (DOC. 88)** |

For the reasons set forth in the concurrently-filed memorandum decision:

(1) Petitioner's motion for reconsideration of the September 30, 2011 order re disposition of firearms is DENIED.

(2) Petitioner's alternative request for a stay pending appeal of the September 30, 2011 Order is GRANTED. The stay shall extend throughout pendency of any appeal, but shall expire automatically if Petitioner fails to file a notice of appeal within thirty (30) days following electronic service of this Order.

**SO ORDERED**
**Dated:  October 27, 2011**

                                                    /s/ Lawrence J. O'Neill
                                                  **United States District Judge**

1