UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NAPIER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | **10-cv-40 LJO GSA**<br><br>**ORDER ADOPTING FINDINGS AND RECEOMMENDATIONS**<br><br>**(Docs. 109 and 113)** |

On October 2, 2013, Defendant, United States of America, filed a Motion for Destruction of Firearms and Ammunition. (Doc. 109).  On November 18, 2013, the Magistrate Judge issued Findings and Recommendations recommending that specific firearms and ammunition be destroyed.  (Doc. 113).  The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within fifteen (15) days.  No party has timely filed an objection.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

1

Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations dated November 18, 2013 (Doc. 113) are ADOPTED IN FULL and the firearms and ammunition identified in the Findings and Recommendations be destroyed.

IT IS SO ORDERED.

Dated:   **December 13, 2013**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE